

Mr. Lamont Austin  10893-067
Box 2000
White Deer, Pa.  17887

August 20, 2005


Clerk's Office
U.S. Courthouse
228 Walnut Street
Box 983
Harrisburg, Pa.  17108

**FILED**
HARRISBURG, PA

AUG 2 4 2005

MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

Dear Clerk,

   **Re:** United States v Lamont Austin
   **No.** D.C. Crim. No. 1-cr-00291-1

   Can you please send me a docket sheet for the above entitled case.



                                    Sincerely yours,

                                    Lamont Austin





Mr. Lamont Austin 10893-067
Box 2000
White Deer, Pa. 17887

**LEGAL MAIL**

Clerk of The Court
U.S. Courthouse
228 Walnut Street
Box 983
Harrisburg, Pa.  17108

17108-9501