IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 1:01-CR-00291-02 |
| | : | |
| v. | : | (Judge Caldwell) |
| | : | |
| LAMONT AUSTIN | : | (Electronically Filed) |

### ORDER OF COURT

**AND NOW** this _____ day of _____, 2008, upon consideration of the defendant's Motion for Relief Under 18 § 3582(c)(2),

**IT IS HEREBY ORDERED** that this motion is **GRANTED**.

The defendant's sentence is amended to _____ All other aspects of the original judgment imposed on May 29, 2003 remain in effect.

BY THE COURT:

_____
WILLIAM W. CALDWELL
UNITED STATES DISTRICT JUDGE